UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
OCT 31 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

ROBERT FAIRE, :
:
      Plaintiff, :
:
v. : CIVIL ACTION NO. 2:11CV478
:
SOUTHEASTERN PROTECTIVE :
SERVICES, INC., :
:
      Defendant. :

## ORDER

The parties, by counsel, appeared before this Court on October 29, 2012 to conduct a supplemental final pretrial conference. The only matters discussed at the conference were deposition designations. The Court ruled as reflected in the attached Exhibit A, which is ORDERED filed. The parties reserved objection to adverse rulings.

    IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

October 29, 2012