EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROBERT FAIRE,

        Plaintiff,

vs.

SOUTHEASTERN PROTECTIVE
SERVICES, INC.,

        Defendant.

Case Number: 2:11-cv-478

## JOINT DEPOSITION DESIGNATIONS

The parties, by counsel, in accordance with Local Rule 30(F) of the Eastern District of Virginia, and pursuant to Paragraphs 6 and 7 of the Court's Rule 16(b) Scheduling Order dated October 18, 2011, submit the following deposition designations, with each party's objections as noted:

### Marty Melton

| Page/Line | Comment |
|---|---|
| 3/10-11 | |
| 4/6-11 | |
| 15/17-22 | |
| 19/13-17 | |
| 25/4-6 | |
| 27/21 – 29/3 | |
| 29/12-25 | |
| 33/2-23 | |
| 34/19-22 | |
| 35/1-4 | |
| 36/7-24 | |
| 37/7, 10-14 | |
| 47/12-21 | |
| 48/16 – 49/9 | |
| 54/24 – 55/1 | |

**James Parlier**

| Page/Line | Comment |
|---|---|
| 4/10-14 | |
| 5/22 – 8/3 | |
| 9/7 – 11/6 | |
| 16/1-14 | |
| 16/23 – 17/8 | |
| 17/17 – 18/4 | |
| 18/5-20 | Plaintiff objects: Hearsay    ~~Designation withdrawn~~ |
| 19/8-24 | |
| 20/17 – 21/25 | |
| 23/6-25 | Plaintiff objects: Hearsay    Suchuine? |
| 24/25 – 25/11 | |
| 25/12 – 26/2 | Plaintiff objects: Hearsay; Speculation   Designation withdrawn |
| 28/9-21 | |
| 29/2-13 | |
| 30/13-23 | |
| 31/15 – 32/11 | |
| 38/19 – 39/13 | |
| 39/16-19 | |
| 40/2-4 | |
| 40/10 – 41/1 | |
| 48/17 – 49/11 | |
| 49/17 – 52/14 | Defendant objects: Relevance, FRE 403   Both designations |
| 52/15 – 53/7 | Add for Defendant if above objection overruled   in 1 by agreement |
| 54/13 – 55/10 | |
| 55/16-20 | |
| 57/23-25  out | Defendant objects: Relevance, FRE 403   designation |
| 58/1-18 | Add for Defendant if above objection overruled   sustained |
| 59/11-16 | |

## R. Brien Ward

| Page/Line | Comment |
|---|---|
| 4/8-10 | |
| 5/8-25 | |
| 6/2-24 | |
| 7/11 – 10/13 | |
| 10/18 – 11/23 | |
| 15/10 – 16/4 | |
| 26/20 – 27/1-3 | |
| 27/8-10 | |
| 29/20-24 | |
| 30/5-23 | |
| 43/2-6 | |
| 45/3 – 46/20  *out* | Defendant objects:  Relevance, FRE 403  *sustained* |
| 46/23 – 24 | |
| 47/1-13  *out* | Defendant objects:  Relevance, FRE 403  *sustained* |
| 52/18-21 | |
| 57/21 ("Do...") – 59/20 | |
| 62/1 – 65/13  *- in* | Defendant objects:  Relevance, FRE 403  *overruled* |

ROBERT FAIRE

By____/s/ James R. Theuer_____
   James R. Theuer
   JAMES R. THEUER, PLLC
   555 E. Main Street, Suite 1410
   Norfolk, Virginia 23510
   (757) 446-8047
   (757) 446-8048 (Fax)
   jim@theuerlaw.com

3

I-1131204.1

SOUTHEASTERN PROTECTIVE SERVICES, INC.

By___/s/ Samuel J. Webster_____
    Samuel J. Webster (VSB #17021)
    Bryan C. R. Skeen (VSB #77323)
    Attorneys for Southeastern Protective Services, Inc.
    WILLCOX & SAVAGE, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510
    (757) 628-5500
    (757) 628-5566 (Fax)
    bskeen@wilsav.com
    swebster@wilsav.com

1-1131204.1