IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

ROBERT FAIRE, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 2:11cv478
 )
SOUTHEASTERN PROTECTIVE )
SERVICES, INC., )
 )
    Defendant. )

## DISMISSAL ORDER

The parties, by counsel, having advised the Court that they have resolved all matters in this case, pursuant to Rule 41(a)(2), request the Court to dismiss this case with prejudice.

Now therefore, it is hereby ORDERED as follows:

1. This matter is DISMISSED WITH PREJUDICE.

2. The Court retains jurisdiction to enforce the terms of the parties' agreement.

Entered this the 20th day of November, 2012.

/s/
Rebecca Beach Smith
Chief
United States District Judge

Rebecca Beach Smith
Chief United States District Judge

We ask for this:

_____
James R. Theuer (VSB #68712)
Attorney for Plaintiff Robert Faire
JAMES R. THEUER, PLLC
555 E. Main St., Suite 801
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com

_____
Samuel J. Webster (VSB #17021)
Bryan C. R. Skeen (VSB #77323)
Attorneys for Southeastern Protective Services, Inc.
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500
(757) 628-5566 (Fax)
swebster@wilsav.com
bskeen@wilsav.com

I-1132670.1