UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROBERT FAIRE,

    Plaintiff,

v.                               ACTION NO. 2:11cv478

SOUTHEASTERN PROTECTIVE
SERVICES, INC.,

    Defendant.

## FINAL ORDER

This matter comes before the court on plaintiff's Motion To Enforce the Settlement Agreement (ECF No. 72), May 2, 2013, and a Motion to Withdraw as Attorney (ECF No. 74) filed by counsel for the defendant on May 15, 2013. The matter was referred to a United States Magistrate Judge by Order of May 21, 2013 (ECF No. 75), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motions.

The United States Magistrate Judge's Report and Recommendation was filed on June 24, 2013. The magistrate judge recommended finding defendant in default and enforce the settlement agreement by entering judgment against defendant, which will close the case and render counsel's Motion to Withdraw moot.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed June 24, 2013. Accordingly, the plaintiff's Motion To Enforce the Settlement Agreement is **GRANTED**. Default judgment against the defendant and in favor of the plaintiff is **AWARDED** in the amount of $72,000.00, and the Motion to Withdraw as Attorney is rendered **MOOT**. The Clerk shall enter default judgment for the plaintiff to this effect.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

Newport News, Virginia

July 10, 2013